782 A.2d 918

IN THE MATTER OF DAVID F. LUVARA,
AN ATTORNEY AT LAW.

October 18, 2001.

## CORRECTED ORDER

**DAVID F. LUVARA** of **BLACKWOOD**, who was admitted to the bar of this State in 1989, having pleaded guilty to a charge of

conspiracy to commit bribery, in violation of 18 *Pa.C.S.A.* 90, a felony of the third degree, in the Commonwealth of Pennsylvania, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **DAVID F. LUVARA** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **DAVID F. LUVARA** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **DAVID F. LUVARA** comply with *Rule* 1:20–20 dealing with suspended attorneys.